# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-7091                                   September Term, 2025

1:22-mc-00064-RJL-MJS

Filed On: February 17 2026

Kuwait Ports Authority and Public Institution
for Social Security,

       Appellees

   v.

Crowell & Moring LLP, et al.,

       Appellants

------------------------------

Consolidated with 26-7002

# O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. It is

**FURTHER ORDERED**, on the court's own motion, that the motion to dismiss No. 25-7091 for lack of jurisdiction be dismissed as moot.

No mandate will issue.

                                                  FOR THE COURT:
                                                  Clifton B. Cislak, Clerk

                               BY:     /s/
                                        Laura M. Morgan
                                        Deputy Clerk